# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. CUNDITT, | ) |
| Plaintiff, | ) |
| | ) 3:11-cv-00786-LRH-WGC |
| vs. | ) |
| | ) **ORDER** |
| HIGH DESERT STATE PRISON, *et al.*, | ) |
| Defendants. | ) |

Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and an application to proceed *in forma pauperis*.

Plaintiff's application to proceed *in forma pauperis* is not on the form approved by this court and is incomplete. Plaintiff must submit his application to proceed *in forma pauperis* on the court-approved form with a financial certificate properly executed by an appropriate institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months. 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-1; Local Rule LSR 1-2. Plaintiff did not attach a statement of his inmate trust fund account for the six months prior to the filing of his application to proceed *in forma pauperis* or an executed financial certificate.

1   Plaintiff will be granted the opportunity to do one of the following: (1) pay the full filing fee of
2   $350.00, or (2) file a fully completed application to proceed *in forma pauperis* on the court-approved
3   form.
4   **IT IS THEREFORE ORDERED** that plaintiff shall, within **thirty (30) days** from the date
5   of entry of this order, do one of the following: (1) pay the full filing fee of $350.00, or (2) file a fully
6   completed application to proceed *in forma pauperis,* on the correct form, including a financial
7   certificate signed by an authorized prison or jail officer and a statement of his inmate trust fund
8   account for the six months prior to the filing of his application.
9   **IT IS FURTHER ORDERED** that if plaintiff does not timely comply with this order,
10  dismissal of this action may result.
11  **IT IS FURTHER ORDERED** that the clerk shall **SEND** plaintiff the approved form for an
12  application to proceed *in forma pauperis* and instructions for the same.
13  **IT IS FURTHER ORDERED** that the clerk shall retain the civil rights complaint, but shall
14  not file it at this time.
15        Dated this 28th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE