AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

WILLIAM J. CUNDITT,

    Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:11-CV-00786-LRH-WGC**

HIGH DESERT STATE PRISON, et al.,

    Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** this action is **DISMISSED without prejudice** for the failure of plaintiff to obey this court's order of November 28, 2011.

January 27, 2012              **LANCE S. WILSON**
                                                Clerk

                                               /s/ D. R. Morgan
                                               Deputy Clerk